EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> Karem Medina Romero | 2012 TSPR 132 <br><br> 186 DPR ____ |

Número del Caso: TS-15718

Fecha: 22 de agosto de 2012

Abogado de la Parte Peticionaria:

      Por derecho propio

Materia: Readmisión al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

KAREM MEDINA ROMERO

**Núm.: <u>TS-15718</u>**

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 22 de agosto de 2012.

Examinada la *"Solicitud de Readmisión a la Práctica de la Abogacía"* presentada el 15 de agosto de 2012, se ordena la readmisión de la Lcda. Karem Medina Romero al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo